**Order entered June 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00270-CV

### SULAIMAN THOBANI, Appellant

### V.

### RAHIM MITHANI, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06433**

## ORDER

We **GRANT** appellees' June 15, 2015 motion for an extension of time to file a brief.

Appellees shall file a brief by **JUNE 30, 2015**.


/s/      ELIZABETH LANG-MIERS
           JUSTICE